IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

RECEIVED CLERK

MAY 0 9 2006

U.S. DISTRICT COURT

FILED
U.S DISTRICT COURT

2006 JUN -1  P 2: 21

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

|   |   |   |
|---|---|---|
| IN RE: | ) | Case Number: 2:96 md 1093S |
|   | ) |   |
| COMMERCIAL EXPLOSIVES ANTITRUST | ) |   |
| LITIGATION | ) |   |
|   | ) | (MDL NO. 1093S) |
| This Document Relates To: | ) |   |
|   | ) |   |
| ALL CLASS ACTION | ) |   |

## ORDER

AND NOW this ___1st___ day of ___June___, 2006, upon consideration of Plaintiffs' Motion for Distribution of Residual Class Settlement Funds, this Court finds that:

1) This litigation was settled for approximately $60 million plus interest pursuant to a series of settlements with named defendants.

2) Both Plaintiffs and the Claims Administrator have fulfilled their duties in determining appropriate class members and satisfying class member's claims.

3) Plaintiffs' counsel have now advised the court that $48,886.98 remains in the settlement fund and includes post-distribution interest and unclaimed distribution checks.

4) Plaintiffs' counsel, and this Court agrees, that a third distribution to class members would be impractical because of high administrative costs.

IT IS HEREBY ORDERED that:

1) $32,754.00, representing two-thirds of the Settlement Fund, shall be distributed to the American Antitrust Institute.

2) The remaining monies totalling $16,132.98 and representing one-third of the settlement fund shall be distributed to the Salt Lake Community Action Program.

3) These disbursements represent the final distributions and actions to be taken with respect to the settlement fund in this matter.

4) Upon remission to this Court of the disbursements stated above, all those serving as Plaintiffs' counsel and the Claims Administrator are hereby discharged from any further responsibility in connection with the settlement of this case.

DATED this _1st_ day of _June_, 2006.

_____
Hon. David Sam
United States District Court